# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-2945
Lower Tribunal No. 2020-CF-000470-AXXX-XX

_____

VLADISLAV KHADIKOV,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
John McGowan, Judge.

October 15, 2024

PER CURIAM.

    AFFIRMED.

STARGEL, MIZE and BROWNLEE, JJ., concur.


Keith W. Upson, of The Upson Law Group, P.L., Naples, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED